MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HEATHER M. MELTON (CABN 260870)
Special Assistant United States Attorney

450 Golden Gate Ave., Box 36055
San Francisco, California 94102
Telephone: (415) 436-7200
Fax: (415) 436-7234
E-Mail: heather.melton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JARRETT PITTMAN-WRIGHT and DEVA HARRIS,<br><br>Defendants. | No. 11-00901 WHA<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING SECOND APPEARANCE AND WAIVING TIME |

The parties request and stipulate that the date for the second appearance of defendants, JARRETT PITTMAN-WRIGHT and DEVA HARRIS, be continued from Tuesday, March 27, 2012, at 2:30 p.m., to Tuesday, April 3, 2012, at 2:30 p.m. The parties stipulate to this arrangement, pursuant to the request of Erick Guzman, counsel for defendant, JARRETT PITTMAN-WRIGHT. Mr. Guzman has informed the parties that he is required to be out of the Northern District of California on March 27, 2012, due to unexpected travel for a family matter. The parties also request and stipulate that, pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv), time be excluded from the Speedy Trial Act, from March 27, 2012 to April 3, 2012, for both effective preparation of counsels and continuity of counsel. The undersigned defense counsels represent that they have spoken with their clients, JARRETT PITTMAN-

WRIGHT and DEVA HARRIS, and that both defendants agree to the continuance and to time being tolled and waived as requested. .

**IT IS SO STIPULATED**.

DATED: March 16, 2012

Respectfully submitted,

MELINDA HAAG
United States Attorney

By____/s/______________________
HEATHER M. MELTON
Special Assistant U.S. Attorney

DATED: March 16, 2012

BARRY PORTMAN
Federal Public Defender

By___/s/_______________________
DANIEL BLANK
Attorney for Defendant Harris

DATED: March 16, 2012

By___/s/_______________________
ERICK GUZMAN, ESQ.
Attorney for Defendant Pittman-Wright

//

//

//

//

//

//

//

//

//

//

//

FOR GOOD CAUSE SHOWN:

The Court finds that the ends of justice are served by ordering that a continuance of the status hearing for defendants JARRETT PITTMAN-WRIGHT and DEVA HARRIS outweighs the best interests of the public and the defendants in a speedy trial and the prompt disposition of criminal cases.

Therefore, the Court concludes that the exclusion of time from March 27, 2012 to April 3, 2012 should be made under Title 18, United States Code, Section 3161(h)(7)(B)(iv).

The Court orders that the hearing for a change of plea or to set a trial and motions schedule be scheduled for April 3, 2012.

**IT IS SO ORDERED**

DATED: March 21, 2012.

William Alsup
UNITED STATES DISTRICT JUDGE