| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | HEATHER M. MELTON (CABN 260870)<br>Special Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Ave., Box 36055<br>San Francisco, California 94102 |
| 7 | Telephone: (415) 436-7200<br>Fax: (415) 436-7234 |
| 8 | E-Mail: heather.melton@usdoj.gov |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00901 WHA |
| Plaintiff, | ) ) | |
| v. | ) ) | STIPULATION AND [PROPOSED]<br>ORDER TO EXTEND THE DATE OF<br>EXPERT WITNESS DISCLOSURES BY |
| JARETT PITTMAN WRIGHT, | ) ) | TWO-WEEKS FOR BOTH THE UNITED<br>STATES AND DEFENDANT |
| Defendants. | ) ) | |

WHEREAS, the government, represented by HEATHER M. MELTON, Special Assistant United States Attorney, and the defendant, represented by ERICK L. GUZMAN, appeared before the Court on April 3, 2012 to set a schedule for a trial in this case;

WHEREAS, the parties agreed and the Court ordered that, subsequently, the government would disclose its expert witnesses on May 17, 2012, and the defendant agreed to disclose its expert witnesses on June 8, 2012;

WHEREAS, the government then learned that its expert witness was on maternity leave, the government hereby requests an additional two-weeks, up until May 24, 2012, to file its

STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT WITNESS DISCLOSURES
Case No. CR 11-00901 WHA

| | |
|---|---|
|1| formal expert witness disclosures;|
|2| WHEREAS, the defendant stipulates to such extension, so long as the government|
|3| informally provides defense counsel the name and curriculum vitae for any expert witnesses and|
|4| stipulates to defendant's disclosures being extended until June 18, 2012.|
|5| WHEREAS, the government stipulates to the aforementioned terms;|
|6| THEREFORE, it is hereby stipulated, by and between the parties, that the government|
|7| shall have until May 24, 2012 and defendant shall have until June 18, 2012, to disclose their|
|8| expert witnesses, so long as the government informally provides defendant with its expert|
|9| witness's name and curriculum vitae on May 17, 2012.|

DATED: May 15, 2012

MELINDA HAAG
United States Attorney

/s/
_____
Heather M. Melton
Special Assistant United States Attorney


DATED: May 15, 2012

/s/
_____
Erick L. Guzman
Attorney for Defendant

//
//
//
//
//
//
//
//
//

STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT WITNESS DISCLOSURES
Case No. CR 11-00901 WHA                    -2-

1  FOR GOOD CAUSE SHOWN:

2  Based upon the representation of counsel and for good cause shown, the Court finds that
3  extending the government's expert witness disclosures to May 24, 2012 and the defendant's
4  expert witness disclosures to June 18, 2012 is warranted. The Court further finds that such
5  arrangement is consistent with Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure
6  regarding expert witness disclosures.

7  IT IS SO ORDERED.

9  DATED: May 16, 2012.

                William Alsup
                UNITED STATES DISTRICT JUDGE