IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JARRETT PITTMAN-WRIGHT and<br>DEVA HARRIS,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. CR 11-00901 WHA<br><br>**ORDER GRANTING LEAVE<br>TO FILE MOTION FOR<br>RECONSIDERATION AND<br>SETTING BRIEFING SCHEDULE** |

Defense counsel has filed a motion for leave to file a motion for reconsideration of "this Court's May 17, 2012 order denying Mr. Wright's motion to suppress." The request is based on "a change of law occurring after the time of such order," namely our court of appeal's decision to hear *United States v. King*, 672 F.3d 1133 (9th Cir. 2012) en banc. Civil Local Rule 7-9(b)(2).

The motion for reconsideration is granted only as to the motion to suppress evidence seized during the warrantless probation search of the residence. The motion for reconsideration shall be filed by **JUNE 25, 2012.** The opposition is due **JULY 9.** The reply is due **JULY 16.** The motion will be heard at **2 P.M. ON JULY 24**. The final pretrial conference date currently set for 2 p.m. on June 25 will be converted into a status hearing. The trial date of July 9, will remain for now.

**IT IS SO ORDERED.**

Dated: June 12, 2012.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE