MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ROBIN HARRIS (CABN 123364)
Assistant United States Attorney
HEATHER M. MELTON (CABN 260870)
Special Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: heather.melton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-00901 WHA |
|     Plaintiff, | |
|     v. | STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE THE STATUS HEARING |
| JARRETT PITTMAN-WRIGHT and DEVA HARRIS, | |
|     Defendants. | |

WHEREAS, the government, represented by HEATHER M. MELTON, Special Assistant United States Attorney, and the defendant, represented by ERICK L. GUZMAN, ESQ., appeared before the Court on April 3, 2012 to set a schedule for a trial in this case;

WHEREAS, the parties agreed and the Court ordered, subsequently, that the parties would appear for a pretrial conference on June 25, 2012;

WHEREAS, on June 12, 2012, the Court ordered that the June 25, 2012 pretrial conference would be converted into a status hearing;

WHEREAS, government counsel is unavailable on June 25, 2012 and requested that defendant stipulate to moving the June 25, 2012 appearance to July 2, 2012;

STIP. AND ~~PROP.~~ ORDER RE: CONTINUANCE
11-00901 WHA

1       WHEREAS, defendant, JARRETT PITTMAN-WRIGHT, represented by counsel,
ERICK GUZMAN, ESQ., agreed to stipulate to moving the June 25, 2012 status hearing to July 2, 2012;

      THEREFORE, it is hereby stipulated by and between the parties, that the status hearing, previously set for June 25, 2012 at 2:00 p.m. will be moved to July 2, 2012 at 2:00 p.m.

DATED:     June 12, 2012                     Respectfully submitted,

                                              MELINDA HAAG
                                              United States Attorney

                                              By____/s/_____
                                              HEATHER M. MELTON
                                              Special Assistant U.S. Attorney

DATED:     June 12, 2012

                                              By___/s/_____
                                              ERICK GUZMAN, ESQ.
                                              Attorney for Defendant Pittman-Wright

//
//
//
//
//
//
//
//
//
//
//
//
//

1  FOR GOOD CAUSE SHOWN:
2      Based upon the requests of counsels, and for good cause shown, the Court orders that the
3  June 25, 2012 at 2:00 p.m. status hearing be continued to June 26, 2012, at 2 p.m.
4  **IT IS SO ORDERED**



DATED: June 15, 2012.

---
William Alsup
UNITED STATES DISTRICT JUDGE

STIP. AND ~~PROP~~. ORDER RE: CONTINUANCE
11-00901 WHA         3