MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ROBIN HARRIS (CABN 123364)
Assistant United States Attorney
HEATHER M. MELTON (CABN 260870)
Special Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: heather.melton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-00901 WHA |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE JUNE 26, 2012 STATUS HEARING |
| JARRETT PITTMAN-WRIGHT and DEVA HARRIS, | |
| Defendants. | |

     WHEREAS, the government, represented by HEATHER M. MELTON, Special Assistant United States Attorney, and defendant, JARETT PITTMAN-WRIGHT, represented by ERICK L. GUZMAN, ESQ., filed a stipulation and proposed order on June 12, 2012 to reschedule the previously calendared June 25, 2012 appearance for July 2, 2012;

     WHEREAS, the government inadvertently did not include co-defendant, DEVA HARRIS, represented by DANIEL BLANK, Assistant Federal Public Defender, in the stipulation requesting that the previously calendared June 25, 2012 appearance be rescheduled;

     WHEREAS, on June 15, 2012, the Court ordered that the June 25, 2012 status conference be rescheduled for June 26, 2012;

STIP. AND PROP. ORDER RE: CONTINUANCE
11-00901 WHA

WHEREAS, DANIEL BLANK, counsel for co-defendant, DEVA HARRIS, is unavailable June 26, 2012, on a previously scheduled matter in Eureka, California, he is unable to join in the June 26, 2012 appearance;

WHEREAS, significant matters pertaining to the scheduling of this case are likely to be decided at the next appearance before this Court, DANIEL BLANK, counsel for co-defendant, DEVA HARRIS, needs to be present at the next scheduled appearance;

WHEREAS, DANIEL BLANK, counsel for co-defendant, DEVA HARRIS, is unavailable, due to previously scheduled conflicts on June 26, June 27, and the morning of June 28, 2012, the parties respectfully request to continue the next appearance before this Court to a date thereafter;

WHEREAS, the parties have conferred, and now represent to the Court that all parties are available on the following dates: (1) the afternoon of June 28, 2012; (2) anytime on June 29, 2012; or (3) anytime on July 2, 2012.

THEREFORE, it is hereby stipulated by and between the parties, and respectfully requested of the Court, that the status hearing, currently set for June 26, 2012 at 2:00 p.m. be moved to either (1) the afternoon of June 28, 2012; (2) anytime June 29, 2012; or (3) anytime July 2, 2012, whichever is most convenient for the Court.

DATED: June 15, 2012  Respectfully submitted,

MELINDA HAAG
United States Attorney

By____/s/_____
HEATHER M. MELTON
Special Assistant U.S. Attorney

DATED: June 15, 2012  By___/s/_____
ERICK GUZMAN, ESQ.
Attorney for Defendant Pittman-Wright

DATED: June 15, 2012  STEVEN KALAR
Federal Public Defender

By____/s_____
DANIEL BLANK
Assistant Federal Public Defender

STIP. AND PROP. ORDER RE: CONTINUANCE
11-00901 WHA                2

[~~PROPOSED~~] ORDER

FOR GOOD CAUSE SHOWN:

Based upon the requests of counsels, and for good cause shown, the Court orders that the June 26, 2012 at 2:00 p.m. status hearing be continued to June 28, at 1:30 p.m.

**IT IS SO ORDERED**

DATED: June 18, 2012.

_____
William Alsup
UNITED STATES DISTRICT JUDGE

STIP. AND PROP. ORDER RE: CONTINUANCE
11-00901 WHA                                3