1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

JARETT PITTMAN-WRIGHT and
DEVA HARRIS

        Defendants.

_____/

No. CR 11-00901 WHA

**ORDER DEEMING MOTION FOR
RECONSIDERATION WITHDRAWN
AND VACATING HEARING DATE**

      Counsel for defendant Jarett Pittman-Wright filed a motion to withdraw defendant's motion for reconsideration. This order hereby deems the motion withdrawn. If the government wishes to bring its own motion for reconsideration, it will have to do so in a timely manner by filing a fresh motion to reconsider (assuming it can be timely done). It is the responsibility of government counsel to keep track of the speedy trial date and to request a trial date if there is a problem. The hearing date set for July 24, 2012, is hereby **VACATED**.

      **IT IS SO ORDERED.**

Dated: July 20, 2012.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28