MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HEATHER M. MELTON (CABN 260870)
Special Assistant United States Attorney

450 Golden Gate Ave., Box 36055
San Francisco, California 94102
Telephone: (415) 436-7200
Fax: (415) 436-7234
E-Mail: heather.melton@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JARRETT PITTMAN-WRIGHT ) <br> ) <br> Defendant. ) <br> ) | No. CR 11-901 WHA <br><br> STIPULATION TO WAIVE TIME FROM JULY 25, 2012 TO AUGUST 24, 2012 AND [PROPOSED] ORDER |

The defendants, JARRETT PITTMAN-WRIGHT, represented by attorney ERICK L. GUZMAN, and DEVA HARRIS, represented by DANIEL BLANK, Assistant Federal Public Defender, and the government, represented by HEATHER M. MELTON, Special Assistant United States Attorney, stipulate that time from July 25, 2012 through August 24, 2012 should be excluded from the Speedy Trial Clock.

This matter is on calendar before the Court this afternoon at 2:00 p.m. The Court has ordered the parties to advise whether they have been able to reach a stipulation as to an exclusion of time; the parties now advise that they have reached such an agreement.

STIPULATION AND [PROPOSED] ORDER TO WAIVE TIME
CR 11-00901 WHA

The parties agree that the time between July 25, 2012 and August 24, 2012 is properly excluded for continuity of counsel and effective preparation of counsel, pursuant to Title 18 United States Code, Section 3161(h)(7)(B)(iv). The parties are engaged in the review of discovery and counsels for both the government and both defendants have scheduling conflicts, at different times, between July 25, 2012 and August 24, 2012.

DATED: July 25, 2012          Respectfully submitted,

MELINDA HAAG
United States Attorney

By____/s/_____
HEATHER M. MELTON
Special Assistant U.S. Attorney

DATED: July 25, 2012

By___/s/_____
ERICK GUZMAN, ESQ.
Attorney for Defendant Pittman-Wright

DATED: July 25, 2012          BY___/s/_____
DANIEL BLANK
Assistant Federal Public Defender

//
//
//
//
//
//
//
//
//

STIPULATION AND [~~PROPOSED~~] ORDER TO WAIVE TIME
CR 11-00901 WHA

2

[~~PROPOSED~~] ORDER

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between July 25, 2012 and August 24, 2012 would unreasonably deny defense counsels the reasonable time necessary for effective preparation and would unreasonably deny all parties of continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between July 25, 2012 and August 24, 2012 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between July 25, 2012 and August 24, 2012 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: July 25, 2012.

William Alsup
UNITED STATES DISTRICT JUDGE

STIPULATION AND [~~PROPOSED~~] ORDER TO WAIVE TIME
CR 11-00901 WHA