IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JARRETT PITTMAN-WRIGHT and<br>DEVA HARRIS,<br><br>Defendant.<br>_____ / | No. CR 11-00901 WHA<br><br>**ORDER SETTING STATUS CONFERENCE, DENYING AS MOOT MOTION TO EXCLUDE TIME, AND GRANTING MOTION FOR DISCOVERY** |

As stated at today's hearing, the parties will have until **AUGUST 10, 2012**, to submit signed plea agreements. On **AUGUST 20, 2012, AT 1 P.M.**, the Court will hold a change of plea hearing, if the parties have submitted signed plea agreements. Otherwise, the pretrial conference will go forward on that date (any pretrial submissions shall be made in accordance with the local rules). If the parties do not reach plea agreements, trial will likely go forward the week of August 20.

In light of the stipulation and order to waive time filed at docket number 80, the government's motion to exclude time from July 23, 2012, to July 31 is **DENIED AS MOOT**.

The government also moved for an order requiring reciprocal discovery. Defendant filed a statement of non-objection. The motion is **GRANTED**.

**IT IS SO ORDERED.**

Dated: July 25, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE