# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: November 27, 2012            Total Hearing Time: 25 minutes

Case No.: CR 11-0901-001 WHA

Title: UNITED STATES -v- JARETT PITTMAN WRIGHT (present NOT in-custody)

Counsel for Government: Heather Melton

Counsel for Defendant(s): Erick Guzman

Spanish Interpreter: n/a          Probation Officer: Trevor Lilian

Deputy Clerk: Dawn Toland          Court Reporter: Kathy Wyatt

## PROCEEDINGS

1) Sentencing - HELD

2) _____

Case continued to ____ for Sentencing

Case continued to ___ for Jury Trial

**ORDERED AFTER HEARING:**

JUDGMENT: Defendant is committed to the BOP for 34 month on Counts 1-5 and placed on supervised release for 3 years with special conditions: 1) pay special assessment of $500 immediately or through the BOP; 2) pay restitution in the amount of $9700, $9500 of which is joint and several, at the rate of $50 per month. No fine is imposed. See J&C for remaining conditions.

Defendant shall self-surrender to the US Marshal Service by noon on December 27, 2012. Court recommends defendant is designated to the Sheridan facility.