UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: November 27, 2012          Total Hearing Time: 11 minutes

Case No.: CR 11-0901-002 WHA

Title: UNITED STATES -v- DEVA HARRIS (present NOT in-custody)

Counsel for Government: Heather Melton

Counsel for Defendant(s): Daniel Blank

Spanish Interpreter: n/a          Probation Officer: Trevor Lilian

Deputy Clerk: Dawn Toland          Court Reporter: Kathy Wyatt

## PROCEEDINGS

1) Sentencing - HELD

2) 

Case continued to ___ for Sentencing

Case continued to __ for Jury Trial

Time Excluded: **Begins:**          **Ends:**

**ORDERED AFTER HEARING:**

JUDGMENT: Defendant is placed on probation for 3 years with special conditions: 1) pay special assessment of $25 immediately; 2) pay restitution in the amount of $9500, joint and several, at the rate of $50 per month. No fine is imposed. See J&C for remaining conditions.